UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE FELTZIN, Individually, | : |
| | : |
| Plaintiff, | : |
| | : Case No.   2:16-cv-05367-JMA-GRB |
| vs. | : |
| | : |
| CAMGNO ENTERPRISES INC., a New York | : |
| Business Corporation, and CAMILLE GNOLFO, | : |
| Individually, | : |
| | : |
| Defendant. | : |
| | / |

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Laurence Feltzin, by and through undersigned counsel, and

informs the Court that the Plaintiff and Defendants have reached a settlement and anticipate that

the settlement documents will be executed within the next thirty (30) days.

Dated:  January 11, 2017                    Respectfully submitted,

                                        /s/  Lawrence A. Fuller
                                        Lawrence A. Fuller, Esq. (LF 5450)
                                        Fuller, Fuller & Associates, P.A.
                                        12000 Biscayne Boulevard, Suite 502
                                        North Miami, FL 33181
                                        Telephone: (305) 891-5199
                                        Facsimile:  (305) 893-9505
                                        lfuller@fullerfuller.com
                                        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 11th day of January, 2017, the foregoing document

was filed via CM/ECF, which will automatically generate notice to counsel for the Defendant, :

Hillary A. Fraenkel, Esq., GFraenkel@clausen.com, Clausen Miller P.C., 100 Campus Drive,

Suite 112, Florham Park, NJ 07932.

> */s/  Lawrence A. Fuller*
> Lawrence A. Fuller, Esq. (LF 5450)
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Boulevard, Suite 502
> North Miami, FL 33181
> Telephone: (305) 891-5199
> Facsimile:  (305) 893-9505
> lfuller@fullerfuller.com
> *Attorneys for Plaintiff*