UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 13 2017 ★

LONG ISLAND OFFICE

LAWRENCE FELTZIN, Individually,

Plaintiff,

vs.

Case No.   2:16-cv-05367-JMA-GRB

CAMGNO ENTERPRISES INC., a New York Business Corporation, and CAMILLE GNOLFO, Individually,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

/s/Lawrence A. Fuller
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL  33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

/s/Hillary A. Fraenkel
Hillary A. Fraenkel, Esq.
Clausen, Miller, PC
100 Campus Drive, Suite 112
Florham Park, NJ  07932
Telephone: (973) 410-4158
Facsimile: (973) 410-4169
hfraenkel@clausen.com

So Ordered 2/13/17
s/ Joan M. Azrack
USDJ

Date: February 10, 2017

Date: February 10, 2017